AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE _____

JANSSEN PHARMACEUTICA N.V.,
JANSSEN, L.P., and SYNAPTECH, INC.,

     Plaintiffs.

V.

PUREPAC PHARMACEUTICAL CO. and
ALPHARMA, INC.

     Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-382

TO: (Name and address of Defendant)

 Alpharma, Inc.
 c/o Corporation Service Company (registered agent)
 2711 Centerville Road, Suite 400
 Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

 Steven J. Balick
 Ashby & Geddes
 222 Delaware Avenue, 17th Floor
 P.O. Box 1150
 Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO             June 10, 2005

CLERK                      DATE

_[signature]_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: June 10, 2005 |
| NAME OF SERVER (PRINT): Frank Joyce | TITLE: Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally hand delivered the summons and complaint to Corporation Service Company at the address listed on the front of this summons.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 10, 2005
                   Date                              Signature of Server

*Address of Server*
Parcels, Inc.
4 East Seventh Street
Wilmington, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.