IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br>Plaintiffs, <br><br>v. <br><br>PUREPAC PHARMACEUTICAL CO. and ALPHARMA, INC., <br><br>Defendants. | C. A. No. 05-382-KAJ <br><br>**TRIAL BY JURY DEMANDED** |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Robert J. Gunther, Jr. and James P. Barabas to represent defendants PurePac Pharmaceutical Co. and Alpharma, Inc. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fees for *pro hac* admission for Messrs. Barabas and Gunther are being submitted in connection with this motion.

July 13, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk

Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for PurePac Pharmaceutical Co.
   and Alpharma, Inc.

594315v1

OF COUNSEL:

Robert J. Gunther, Jr.
James P. Barabas
**LATHAM & WATKINS LLP**
885 Third Avenue, Suite 1000
New York, New York 10022-4802
(212) 906-1200

          SO ORDERED, this _____ day of July, 2005.

          _____
          United States District Judge

594315v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: July 12, 2005

Robert J. Gunther, Jr.
**LATHAM & WATKINS LLP**
885 Third Avenue
Suite 1000
New York, New York 10022-4802
(212) 906-1200

*Attorneys for Purepac Pharmaceutical Co. and Alpharma, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: July 12, 2005

_____
James P. Barabas
LATHAM & WATKINS LLP
885 Third Avenue
Suite 1000
New York, New York 10022-4802
(212) 906-1200

*Attorneys for Purepac Pharmaceutical Co. and Alpharma, Inc.*