## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 13, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

>Steven J. Balick, Esq.
>John G. Day, Esq.
>Ashby & Geddes
>222 Delaware Ave., 17th Fl.
>Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

>George F. Pappas
>Roderick R. McKelvie
>Christopher N. Sipes
>Jeffrey B. Elikan
>Laura H. McNeill
>Covington & Burling
>1201 Pennsylvania Avenue, N.W.
>Washington, DC 20004

/s/ Richard D. Kirk (rk0922)