IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JANSSEN PHARMACEUTICA N.V.,          )
JANSSEN, L.P., and SYNAPTECH, INC.,  )
                                     )
            Plaintiffs,              )
                                     )
      v.                             )        C. A. No. 05-382-KAJ
                                     )
PUREPAC PHARMACEUTICAL CO.           )
and ALPHARMA, INC.,                  )
                                     )
            Defendants.              )
                                     )

## FED.R.CIV.P. 7.1 DISCLOSURE OF ALPHARMA, INC.

Pursuant to Fed. R. Civ. P 7.1, the undersigned counsel for Alpharma, Inc. ("Alpharma"),

a private non-governmental party, certifies that Barclays Global owns more than 10% of

Alpharma's Class A stock and that A.L. Industrier owns 100% of Alpharma's Class B stock,

which entitles it to elect 75% of Alpharma's Board of Directors.

July 14, 2005                            THE BAYARD FIRM


                                         /s/ Richard D. Kirk (rk0922)
                                         222 Delaware Avenue, 9th Floor
                                         P.O. Box 25130
                                         Wilmington, DE  19899
                                         (302) 429-4208
                                         rkirk@bayardfirm.com
                                         *Attorneys for Purepac Pharmaceutical Co.*
                                         *and Alpharma, Inc.*

OF COUNSEL:
Robert J. Gunther, Jr.
James P. Barabas
**LATHAM & WATKINS LLP**
885 Third Avenue, Suite 1000
New York, New York 10022-4802
(212) 906-1200

594446v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 14, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

> Steven J. Balick, Esq.
> John G. Day, Esq.
> Ashby & Geddes
> 222 Delaware Ave., 17th Fl.
> Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

> George F. Pappas
> Roderick R. McKelvie
> Christopher N. Sipes
> Jeffrey B. Elikan
> Laura H. McNeill
> Covington & Burling
> 1201 Pennsylvania Avenue, N.W.
> Washington, DC 20004

/s/ Richard D. Kirk (rk0922)