IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-356-KAJ |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES, LTD., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-371-KAJ |
| MYLAN PHARMACEUTICALS, INC. and MYLAN LABORATORIES, INC., | ) ) ) | |
| Defendants. | ) ) | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-380-KAJ |
| DR. REDDY'S LABORATORIES, INC., and DR. REDDY'S LABORATORIES, LTD., | ) ) ) ) | |
| Defendants. | ) ) ) | |

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br>    Plaintiffs, <br><br>  v. <br><br>BARR LABORATORIES, INC. and BARR PHARMACEUTICALS INC., <br><br>    Defendants. | Civil Action No. 05-381-KAJ |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br>    Plaintiffs, <br><br>  v. <br><br>PUREPAC PHARMACEUTICAL CO. and ALPHARMA, INC., <br><br>    Defendants. | Civil Action No. 05-382-KAJ |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br>    Plaintiffs, <br><br>  v. <br><br>ALPHAPHARM PTY., LTD., <br><br>    Defendant. | Civil Action No. 05-420-KAJ |

```
JANSSEN PHARMACEUTICA N.V.,      )
JANSSEN, L.P., and SYNAPTECH,    )
INC.,                            )
                                 )
                                 )
              Plaintiffs,        )
                                 )
    v.                           )     Civil Action No. 05-451-KAJ
                                 )
PAR PHARMACEUTICAL, INC. and     )
PAR PHARMACEUTICAL COMPANIES,    )
INC.,                            )
                                 )
              Defendants.        )
```

## ORDER FOR SCHEDULING CONFERENCE

At Wilmington, this 26th day of August, 2005

IT IS ORDERED that:

1. A joint scheduling conference in all the captioned shall be held on **October 5, 2005 at 3:00 p.m.**, courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware. See D. Del. LR 16.2.

2. Prior to the conference scheduled herein, counsel shall confer pursuant to Fed.R.Civ.P. 26(f) and shall submit a joint discovery plan to the undersigned not later than three (3) business days prior to the conference with the Court. The discovery plan shall conform to the attached form of scheduling order. Initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) need not be made prior to the conference with the Court.

3. At the conference with the Court, all parties shall be represented by counsel who shall have full authority to bind their clients in all pretrial matters.

4.  If any party enters an appearance after the date of this order and before the conference set by this order, counsel for plaintiff shall notify said party of the conference and forward to that party a copy of these materials.

5.  The parties shall advise the undersigned immediately if this matter has been settled or terminated so that the scheduled conference may be canceled.

_____
UNITED STATES DISTRICT JUDGE