IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-356-KAJ |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES, LTD., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-371-KAJ |
| MYLAN PHARMACEUTICALS, INC. and MYLAN LABORATORIES, INC., | ) ) ) | |
| Defendants. | ) ) | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-380-KAJ |
| DR. REDDY'S LABORATORIES, INC., and DR. REDDY'S LABORATORIES, LTD., | ) ) ) ) | |
| Defendants. | ) ) ) | |

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 05-381-KAJ |
| BARR LABORATORIES, INC. and BARR PHARMACEUTICALS INC., | )<br>)<br>) |
| Defendants. | ) |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 05-382-KAJ |
| PUREPAC PHARMACEUTICAL CO. and ALPHARMA, INC., | )<br>) |
| Defendants. | ) |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 05-420-KAJ |
| ALPHAPHARM PTY., LTD., | ) |
| Defendant. | ) |

JANSSEN PHARMACEUTICA N.V., )
JANSSEN, L.P., and SYNAPTECH, )
INC., )
                                         )
                Plaintiffs, )
                                         )
         v. )     Civil Action No. 05-451-KAJ
                                         )
PAR PHARMACEUTICAL, INC. and )
PAR PHARMACEUTICAL COMPANIES, )
INC., )
                                         )
                Defendants. )

## ORDER

At Wilmington this 8th day of **September, 2005**,

IT IS ORDERED that the Rule 16 scheduling conference presently set for **October 5, 2005 at 3:00 p.m.** is hereby rescheduled to **October 12, 2005 at 9:00 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                _____
                                                UNITED STATES DISTRICT JUDGE