IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PUREPAC PHARMACEUTICAL CO. and ALPHARMA, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-382-KAJ |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of September, 2005, **PLAINTIFFS' FIRST REQUEST FOR ADMISSION** was served upon the following counsel of record at the address and in the manner indicated:

Richard D. Kirk, Esquire                           **HAND DELIVERY**
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Robert J. Gunther, Jr., Esquire                    **VIA FEDERAL EXPRESS**
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4802

*Of Counsel:*

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: 202-662-6000
Fax: 202-662-6291

Steven P. Berman
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Tel: 732-524-2805
Fax: 732-524-5866

Dated: September 12, 2005
161257.1

ASHBY & GEDDES

*/s/ John G. Day*

---
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Richard D. Kirk, Esquire  
The Bayard Firm  
222 Delaware Avenue, Suite 900  
Wilmington, DE  19899

HAND DELIVERY

Robert J. Gunther, Jr., Esquire  
Latham & Watkins LLP  
885 Third Avenue, Suite 1000  
New York, NY  10022-4802

VIA FEDERAL EXPRESS

*/s/ John G. Day*  
_____  
John G. Day