IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PUREPAC PHARMACEUTICAL CO. and ALPHARMA, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 05-382-KAJ

## AMENDED NOTICE OF SERVICE

The undersigned hereby certifies that on the 12th day of September, 2005, **PLAINTIFFS' FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire <br> The Bayard Firm <br> 222 Delaware Avenue, Suite 900 <br> Wilmington, DE 19899 | HAND DELIVERY |
| Robert J. Gunther, Jr., Esquire <br> Latham & Watkins LLP <br> 885 Third Avenue, Suite 1000 <br> New York, NY 10022-4802 | VIA FEDERAL EXPRESS |

ASHBY & GEDDES

*/s/ John G. Day*

---
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: 202-662-6000
Fax: 202-662-6291

Steven P. Berman
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Tel: 732-524-2805
Fax: 732-524-5866


Dated: September 13, 2005
161257.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899 | <u>HAND DELIVERY</u> |
| Robert J. Gunther, Jr., Esquire<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4802 | <u>VIA FEDERAL EXPRESS</u> |

*/s/ John G. Day*

John G. Day