IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JANSSEN PHARMACEUTICA N.V.,           )
JANSSEN, L.P.,                         )
and SYNAPTECH, INC.,                   )
                                       )
          Plaintiffs/                  )
          Counterclaim-Defendants,     )    C.A. No. 05-382-KAJ
                                       )
     v.                                )
                                       )
PUREPAC PHARMACEUTICAL CO.             )
and ALPHARMA, INC.                     )    **JURY TRIAL DEMANDED**
                                       )
          Defendants/                  )
          Counterclaim-Plaintiffs.     )

## NOTICE OF SERVICE

   PLEASE TAKE NOTICE that, on October 7, 2005, copies of 1) PUREPAC PHARMACEUTICAL CO.'S AND ALPHARMA, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS; and 2) PUREPAC PHARMACEUTICAL CO.'S AND ALPHARMA, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS were served on the following counsel in the manner shown:

**By Email and Hand Delivery:**                **By Email and First Class Mail:**


Steven J. Balick, Esq.                          George F. Pappas
John G. Day, Esq.                               Roderick R. McKelvie
Ashby & Geddes                                  Christopher N. Sipes
222 Delaware Ave., 17th Fl.                     Jeffrey B. Elikan
Wilmington, DE 19801                            Laura H. McNeill
                                                Covington & Burling
                                                1201 Pennsylvania Avenue, N.W.
                                                Washington, DC 20004

604516v1

- 2 -

October 7, 2005

THE BAYARD FIRM

OF COUNSEL:
Robert J. Gunther, Jr.
James P. Barabas
**LATHAM & WATKINS LLP**
885 Third Avenue, Suite 1000
New York, New York  10022-4802
(212) 906-1200

/s/      Thomas H. Kovach
Richard D. Kirk (RK0922)
Thomas H. Kovach (TK3964)
222 Delaware Avenue, Suite 9000
Wilmington, Delaware  19899
(302) 655-5000
*rkirk@bayardfirm.com*
*Attorneys for Defendants/Counterclaim-*
*Plaintiffs Purepac Pharmaceutical Co. and*
*Alpharma, Inc.*

604516v1