IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., <br> JANSSEN, L.P., <br> and SYNAPTECH, INC., <br><br>       Plaintiffs/ <br>       Counterclaim-Defendants, <br><br> v. <br><br> PUREPAC PHARMACEUTICAL CO. <br> and ALPHARMA, INC. <br><br>       Defendants/ <br>       Counterclaim-Plaintiffs. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-382-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

    PLEASE TAKE NOTICE that, on October 11, 2005, copies of RULE 26(a)(1) INITIAL DISCLOSURES OF DEFENDANTS PUREPAC PHARMACEUTICAL CO. AND ALPHARMA, INC. were served on the following counsel in the manner shown:

**By Email and Hand Delivery:**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

**By Email and First Class Mail:**

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

604516v1

- 2 -

| | |
|---|---|
| October 11, 2005 | **THE BAYARD FIRM** |
| | /s/ Richard D. Kirk (rk0922) |
| | Richard D. Kirk (RK0922) |
| | Thomas H. Kovach (TK3964) |
| | 222 Delaware Avenue, Suite 9000 |
| | Wilmington, Delaware 19899 |
| | (302) 655-5000 |
| | rkirk@bayardfirm.com |
| | tkovach@bayardfirm.com |
| OF COUNSEL: | *Attorneys for Defendants/Counterclaim-* |
| Robert J. Gunther, Jr. | *Plaintiffs Purepac Pharmaceutical Co. and* |
| James P. Barabas | *Alpharma, Inc.* |
| **LATHAM & WATKINS LLP** | |
| 885 Third Avenue, Suite 1000 | |
| New York, New York 10022-4802 | |
| (212) 906-1200 | |

604516v1