IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br> Plaintiffs/ Counterclaim-Defendants, <br><br> v. <br><br> PUREPAC PHARMACEUTICAL CO. and ALPHARMA, INC. <br><br> Defendants/ Counterclaim-Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-382-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 11, 2005, copies of RESPONSES OF DEFENDANTS PUREPAC PHARMACEUTICAL CO. AND ALPHARMA, INC. TO PLAINTIFFS' FIRST REQUEST FOR ADMISSION were served on the following counsel in the manner shown:

**By Email and Hand Delivery:**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

**By Email and First Class Mail:**

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

604516v1

- 2 -

October 11, 2005

OF COUNSEL:
Robert J. Gunther, Jr.
James P. Barabas
**LATHAM & WATKINS LLP**
885 Third Avenue, Suite 1000
New York, New York  10022-4802
(212) 906-1200

**THE BAYARD FIRM**

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (RK0922)
Thomas H. Kovach (TK3964)
222 Delaware Avenue, Suite 9000
Wilmington, Delaware  19899
(302) 655-5000
rkirk@bayardfirm.com
tkovach@bayardfirm.com
*Attorneys for Defendants/Counterclaim-Plaintiffs Purepac Pharmaceutical Co. and Alpharma, Inc.*

604516v1