IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br>    Plaintiffs/ <br>    Counterclaim-Defendants, <br><br>v. <br><br>PUREPAC PHARMACEUTICAL CO. and ALPHARMA, INC. <br><br>    Defendants/ <br>    Counterclaim-Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-382-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 11, 2005, copies of PUREPAC PHARMACEUTICAL CO. AND ALPHARMA, INC.'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS were served on the following counsel in the manner shown:

**By Email and Hand Delivery:**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

**By Email and First Class Mail:**

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

- 2 -

October 11, 2005

**THE BAYARD FIRM**

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (RK0922)
Thomas H. Kovach (TK3964)
222 Delaware Avenue, Suite 9000
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
tkovach@bayardfirm.com
*Attorneys for Defendants/Counterclaim-Plaintiffs Purepac Pharmaceutical Co. and Alpharma, Inc.*

OF COUNSEL:
Robert J. Gunther, Jr.
James P. Barabas
**LATHAM & WATKINS LLP**
885 Third Avenue, Suite 1000
New York, New York 10022-4802
(212) 906-1200

604516v1