IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-356-KAJ |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES, LTD., | : : : : : | |
| Defendants. | : : | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-371-KAJ |
| MYLAN PHARMACEUTICALS, INC. and MYLAN LABORATORIES, INC., | : : : | |
| Defendants. | : : | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-380-KAJ |
| DR. REDDY'S LABORATORIES, INC., and DR. REDDY'S LABORATORIES, LTD., | : : : | |
| Defendants. | : : | |

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-381-KAJ |
| BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., | : : : : | |
| Defendants. | : : | |
| _____ | : | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-382-KAJ |
| PUREPAC PHARMACEUTICAL CO. and ALPHARMA, INC., | : : : | |
| Defendants. | : : | |
| _____ | : | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-420-KAJ |
| ALPHAPHARM PTY., LTD., | : : | |
| Defendant. | : : | |
| _____ | : : | |

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., : : : | |
| Plaintiff, : : | |
| v. : | Civil Action No. 05-451-KAJ |
| PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., : : : : | |
| Defendants. : : | |

## ORDER

At Wilmington this **9th** day of **November, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, September 6, 2006 at 9:00 a.m. EST** with Magistrate Judge Thynge to discuss the status of the case and the interest of the parties in ADR. **Plaintiffs' counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE